

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

KCB
F. #2019R00730

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

December 27, 2019

<u>By E-mail</u>

The Honorable Peggy Kuo
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

> Re:    United States v. Qing Fu Zeng
>            <u>Criminal Docket No. 19-M-1142</u>

Dear Judge Kuo:

The government respectfully moves for an order unsealing the complaint and arrest warrant in the above-captioned matter.

Respectfully submitted,

RICHARD P. DONOGHUE
United States Attorney

By:                 /s/
Kayla Bensing
Assistant U.S. Attorney
(718) 254-6279

Enclosure

cc:    Clerk of Court (by ECF)

KCB
F.# 2019R00730

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

QING FU ZENG,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - X

P R O P O S E D   O R D E R

19-M-1142

    Upon the application of RICHARD P. DONOGHUE, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Kayla Bensing, for an order unsealing the complaint and arrest warrant in the above-captioned matter.

    WHEREFORE, it is ordered that the complaint and arrest warrant in the above-captioned matter be unsealed.

Dated:  Brooklyn, New York
       December 27         , 2019

_____
HONORABLE PEGGY KUO
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK